**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10   AWARD HOMES, INC., et. al.,          CASE NO. 5:14-cv-00088 EJD

11                                        **ORDER CONTINUING HEARING ON**
                                          **ORDER TO SHOW CAUSE**
12            Plaintiff(s),

        v.

13   CHARTIS SPECIALTY INSURANCE
     COMPANY, et. al.,
14

15            Defendant(s).

16   _____/

17        Having reviewed the Notice filed on May 7, 2014 (see Docket Item No. 10), and good cause

18   appearing therefor, the hearing on the Order to Show Cause scheduled for May 16, 2014, is

19   CONTINUED to **10:00 a.m. on May 30, 2014.**  On or before **May 23, 2014**, the parties shall file an

20   updated joint statement in response to the Order to Show Cause setting forth the status of the

21   settlement and amount of additional time necessary to finalize and file a dismissal.

22        The Order to Show Cause shall be automatically vacated and the parties relieved of the

23   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

24   Procedure 41(a) is filed on or before **May 23, 2014.**

25   **IT IS SO ORDERED.**

26   Dated:  May 12, 2014

27                                        EDWARD J. DAVILA
                                          United States District Judge
28

                                        1