Randall E. Willoughby  SBN 43177
Ellyn E. Nesbit  SBN 136398
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile:  (408) 295-6375

Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Edward J. Davila
5/16/2014

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AWARD HOMES, INC.; SANTA CLARA VALLEY HOUSING GROUP, INC.; STEPHEN C. SCHOTT, individually and as Trustee of the STEPHEN C. SCHOTT 1984 TRUST, DATED MARCH 28, 1984, as amended; PATRICIA A. SCHOTT, individually and as Trustee of the STEPHEN C. SCHOTT 1984 TRUST, DATED MARCH 28, 1984, as amended; KRISTIN M. BOWES, individually and as Trustee under the REVOCABLE TRUST AGREEMENT, DATED JANUARY 5, 1988, as amended; LISA A. TREADWELL, individually and as Trustee under the REVOCABLE TRUST AGREEMENT, DATED JANUARY 8, 1988, as amended; and STEPHEN E. SCHOTT, individually and as Trustee under the REVOCABLE TRUST AGREEMENT, DATED JANUARY 25, 1988, as amended,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>        Defendants. | No. CV 14-0088  EJD<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP § 41(a)(1) |

1  PLEASE BE ADVISED that in furtherance of and in accordance with the terms of a
2  Settlement Agreement between the parties, Plaintiff hereby voluntarily dismisses, with
3  prejudice, this action as and against Defendants named herein.
4  The Clerk shall close this file.
5  DATED: May 14, 2014

WILLOUGHBY, STUART & BENING

By _____
RANDALL E. WILLOUGHBY
Attorneys for Plaintiffs